

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00180-CV

Amanda **JAFFE**,
Appellant

v.

**REPSOL OIL & GAS USA, LLC**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0015-CV-A
Honorable Patrick L. Flanigan, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: October 19, 2022

DISMISSED

Appellant Amanda Jaffe and appellee Repsol Oil & Gas USA, LLC filed a joint agreed motion to dismiss the appeal, stating that the parties have reached a full and final settlement of their claims in this appeal. Therefore, we grant the motion and dismiss the appeal, with each party bearing its own costs of appeal. *See* TEX. R. APP. P. 42.1(a)(1), (d).

PER CURIAM